| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** Heather D Knight<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–4472<br>EIN: _ _–_ _ _ _ _ _ _ | |
| **Debtor 2:**<br>(Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: District of Kansas | Date case filed for chapter: 7  7/7/20 | |
| Case number / Presiding Judge: 20–10861 / Dale L. Somers | Date Notice Issued: **7/8/20** | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     04/16

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

The trustee named below is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond on file with the clerk of the bankruptcy court.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| 1. | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 10, 2020 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>All individual debtors are required to produce photo ID and proof of Social Security Number to the Trustee at this meeting. Non–lawyers SHOULD NOT bring cellular telephones or other electronic communication devices to the courthouse. | Location:<br><br>**Phone Number: (877) 931–4352, Access Code: 8552583#** |
|---|---|---|---|

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 2. | **Debtor's full name** | Heather D Knight | |
| 3. | **All other names used in the last 8 years** | aka Heather D Ollek | |
| 4. | **Address** | 1417 W 4th<br>Haysville, KS 67060 | |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

| | | |
|---|---|---|
| Debtor **Heather D Knight** | | Case number **20–10861** |

| | | | |
|---|---|---|---|
| **5.** | **Debtor's Attorney**<br>Name and address | Broc E. Whitehead<br>310 W Central Suite 211<br>Wichita, KS 67202 | Contact phone (316) 263–6500 |
| **6.** | **Bankruptcy trustee**<br>Name and address | Linda S Parks<br>100 N Broadway<br>Suite 950<br>Wichita, KS 67202–2209 | Contact phone 316–265–7741 |
| **7.** | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 167 US Courthouse<br>401 North Market<br>Wichita, KS 67202 | Office Hours: 9:00 AM – 4:00 PM<br>Monday – Friday<br><br>Contact phone (316) 315–4110 |
| **8.** | **Presumption of abuse** | The presumption of abuse does not arise.<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |
| **9.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 10/9/20** |
| | | **You must file a complaint:**<ul><li>if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or</li><li>if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).</li></ul>**You must file a motion:**<ul><li>if you assert that the discharge should be denied under § 727(a)(8) or (9).</li></ul> | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | | **Deadline to object to intended abandonment:** | **Filing deadline:** 75 days after the conclusion of the meeting of creditors unless otherwise ordered. |
| **10.** | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Abandonment of property of the estate** | Local Bankruptcy Rule 6007.1 allows Chapter 7 Trustees to file a notice of intended abandonment of any or all of a debtor's property in the estate as authorized by § 554 without further service on creditors or interested parties. If a creditor or party in interest timely objects to the abandonment of any property, the Court will schedule a hearing regarding the property that is the subject of the objection. | |
| **13.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**

```
                              United States Bankruptcy Court
                                   District of Kansas
In re:                                                                 Case No. 20-10861-DLS
Heather D Knight                                                       Chapter 7
         Debtor                      CERTIFICATE OF NOTICE

District/off: 1083-6           User: admin                 Page 1 of 1                   Date Rcvd: Jul 08, 2020
                               Form ID: 309A               Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2020.
```
db             +Heather D Knight,    1417 W 4th,    Haysville, KS 67060-1933
9503830        +ARSI,    200 W Wyatt Earp Blvd,    Dodge City KS 67801-4448
9503831         Big Lots,    P O Box 689707,    San Antonio TX 78265
9503832        +Carepoint Hospital Med KS,    P O Box 5183,    Denver CO 80217-5183
9503833        +Central States Recovery Inc,    P O Box 3130,    Hutchinson KS 67504-3130
9503836        +Healthcare Clinics,    10405 W 13th,    Wichita KS 67212-5601
9503837        +Kansas Counselors,    8725 Rosehill Rd Ste 415,    Lenexa KS 66215-4611
9503838        +Lead Financial Services LLC,    114 N West St,    Wichita KS 67203-1201
9503840        +Shannon L Bell,    Attorney at Law,    P O Box 48608,    Wichita KS 67201-8608
9503841         Trident Asset Management,    10375 Old Alabama Road Ste 303,    Alpharetta GA 30022
9503842        +Twietmeyer Dentistry,    3920 W 31st St S,    Wichita KS 67217-1112
9503843        +WayPoint Resource Group,    P O Box 8588,    Round Rock TX 78683-8588
9503844        +Wesley Pathology Consultants,    P O Box 47340,    Wichita KS 67201-7340
9503845        +Your Own Auto Sales,    AKA Midwest Payment Accceptance,    3040 S Broadway,
                 Wichita KS 67216-1019
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: whiteheadlaw@sbcglobal.net Jul 08 2020 22:53:02     Broc E. Whitehead,
                 310 W Central Suite 211,    Wichita, KS 67202
tr             +EDI: QLSPARKS.COM Jul 09 2020 02:48:00     Linda S Parks,    100 N Broadway,    Suite 950,
                 Wichita, KS 67202-2216
ust            +E-mail/Text: ustpregion20.wi.ecf@usdoj.gov Jul 08 2020 22:53:23     U.S. Trustee,
                 Office of the United States Trustee,    301 North Main Suite 1150,    Wichita, KS 67202-4811
9503829        +EDI: AARGON.COM Jul 09 2020 02:49:00     Aargon Agency,    8668 Spring Mountain Rd,
                 Las Vegas NV 89117-4132
9503834        +EDI: COMCASTBLCENT Jul 09 2020 02:48:00     Comcast,    1701 JFK Blvd,
                 Philadelphia PA 19103-2899
9503835        +EDI: CMIGROUP.COM Jul 09 2020 02:48:00     Credit Management,    6080 Tennyson Pkwy #100,
                 Plano TX 75024-6002
9503839        +E-mail/Text: LGCBankruptcyLegal@spireenergy.com Jul 08 2020 22:53:41     Missouri Gas Energy,
                 7500 E 35th St,    Kansas City MO 64129-1368
9504208        +EDI: PRA.COM Jul 09 2020 02:48:00     PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
                                                                                             TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2020 at the address(es) listed below:
```
              Broc E. Whitehead    on behalf of Debtor Heather D Knight whiteheadlaw@sbcglobal.net
              Linda S Parks    lparks@hitefanning.com, lparks@ecf.axosfs.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                             TOTAL: 3
```